1  DONALD C. GISH, ESQ
   P.O. Box 51174
2  Sparks, NV 89435
   (775) 626-4428
3
   Attorney for Defendant
4

|   |   |   |
|---|---|---|
|   | UNITED STATES DISTRICT COURT | |
|   | DISTRICT OF NEVADA | |
|   | | |
| UNITED STATES OF AMERICA, | 3: 11 CR–0080-LRH - (VPC) | |
| Plaintiff, | **MOTION TO VACATE DETENTION HEARING** | |
| v. | | |
| ROMAN "JAIME" ALVARADO | | |
| Defendant. | | |
| _____/ | | |

ROMAN ALVARADO, by and through his counsel, Donald C. Gish, hereby moves the Court to Vacate the Detention Hearing scheduled for **July 6, 2011, 3:00 p.m. before Magistrate Judge Robert McQuade.** This motion is necessary in order to conserve Judicial resources.

Pretrial Services has advised counsel that I.C.E. has now placed a hold on Mr. Alvarado which will prevent his release from custody in this case. It is therefor requested that the Detention Hearing be Vacated.

DATED this 6th day of July, 2011.

___/s/_____
DONALD C. GISH
Counsel for Roman Alvarado

IT IS SO ORDERED. /s/ [signature]
_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ July 6, 2011 _____

# CERTIFICATE OF SERVICE

Pursuant to FRCP 49 (a), I hereby certify that on the 6th day of July, 2011, I served the foregoing MOTION TO VACATE DETENTION HEARING by e-mail delivering a copy thereof to the office of:

James Kelly
Assistant United States Attorney
100 W. Liberty Street, Ste. 600
Reno, NV 89501

U.S. Probation Officer
400 S. Virginia Street, ste.103
Reno, NV 89501

/s/_____
DONALD C. GISH